IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN CREWS,

    Plaintiff,

v.                                                     CASE NO. 1:05-cv-00076-MP-AK

DILLARD'S INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report of Rule 26(f) Planning Meeting. In the Report, the parties agreed to the various deadlines. Accordingly, the Report is approved and the Clerk is directed to set the appropriate deadlines therein, including the discovery deadline of December 31, 2005.

    **DONE AND ORDERED** this  *22nd*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge