IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN CREWS and
W. TERRY CREWS, JR.,

    Plaintiffs,

v.                                                                    CASE NO. 1:05-cv-00076-MP-AK

DILLARD'S INC,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 24, Notice of Joint Notice of Dismissal with Prejudice. In the Notice, the parties indicate that settlement has been reached between all parties on all issues. Accordingly, this case is dismissed with prejudice, the Clerk is directed to close the case, and each party shall bear its own attorneys' fees and costs incurred in this action.

    **DONE AND ORDERED** this *22nd* day of August, 2006

                             *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge